UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

KADEN HUTCHINSON,

        Plaintiff,

vs.

COMMISSIONER of Social Security,
        Defendant       /

Civil Action No. 3:22-CV-01875-YY

ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES
COSTS

## ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of **$1,033.78**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this  6th  day of     April    , 2023

_____
United States Magistrate Judge